96 F.3d 1436
 U.S.
v.
Thomas J. Ridge, Governor of Commonwealth of Pennsylvania,
Feather Houstoun, Secretary Dept. of Public Welfare, Nancy
Thaler, Deputy Secretary of Mental Retardation Office of
Mental Retardation, Alan M. Bellomo, Director Ebensburg
Center, Commonwealth of Pennsylvania
 NO. 95-3541
 United States Court of Appeals,
Third Circuit.
 Aug 22, 1996
 
 Appeal From: W.D.Pa., No. 92-cv-00033J,
 Smith, J.,
 
 902 F.Supp. 565
 
 1
 AFFIRMED.